United States District Court
Southern District of Texas
**ENTERED**
August 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-03558 |
| | § | |
| GARY M. LADEN and | § | |
| PATRICIA E. LADEN, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 10, 2023 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 25). Magistrate Judge Bray made findings and conclusions and recommended that Plaintiff's Motion for Summary Judgment, (Dkt. No. 16), be granted. (Dkt. No. 25).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. Defendants filed a Notice of No Objection. (Dkt. No. 26). As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 25), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Summary Judgment, (Dkt. No. 16), is **GRANTED**.

It is SO ORDERED.

Signed on August 28, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**